SPERTUS, LANDES & UMHOFER, LLP
James W. Spertus (SBN 159825)
Ezra D. Landes (SBN 253052)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Tel.:    (310) 826-4700
Fax:    (310) 826-4711
jim@spertuslaw.com
ezra@spertuslaw.com

THE LAW OFFICES OF
RONALD RICHARDS & ASSOCIATES, A.P.C.
Ronald Richards (SBN 176246)
Morani Stelmach (SBN 296670)
P.O. Box 11480
Beverly Hills, CA 90213
Tel.:    (310) 556-1001
Fax:    (310) 277-3325
ron@ronaldrichards.com
morani@ronaldrichards.com

Attorneys for Plaintiffs

FILED & ENTERED

MAY 13 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

In re:

GIRARDI KEESE,
            Debtor.

LAW OFFICES OF PHILIP R. SHELDON, APC, a California professional corporation, PHILIP R. SHELDON, an individual, LAW OFFICES OF ROBERT P. FINN, a California sole proprietorship, and ROBERT P. FINN, an individual,
            Plaintiffs,

    v.

THOMAS V. GIRARDI, an individual; GIRARDI & KEESE, a California law firm; ERIKA GIRARDI a/k/a ERIKA JAYNE, an individual, EJ GLOBAL, LLC, a California limited liability company, 1126 WILSHIRE PARTNERSHIP, a California general partnership, GIRARDI FINANCIAL, INC., a Nevada corporation, DAVID LIRA, an individual, ROBERT FINNERTY, an individual, and DOES 1-100, inclusive,
            Defendants.

CHAPTER 7

Hon. Barry Russell

CASE NO.: 2:20-bk-21022-BR
ADV. NO.: 2:21-ap-01039-BR

**ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND**

DATE:    May 11, 2021
TIME:    2:00 p.m.
CTRM:    by zoomgov.com
MEETING ID: 161 713 6367
PASSWORD:   123456

*ORDER GRANTING PLAINTIFFS' MOTON FOR REMAND*

The Court, having considered Plaintiffs Law Offices of Philip R. Sheldon, Philip R. Sheldon, Law Offices of Robert P. Finn, and Robert P. Finn's (collectively, "Plaintiffs") motion for an order remanding to state court the action entitled *Law Offices of Philip R. Sheldon, et al. v. Girardi, et al.*, Los Angeles Superior Court Case No. 20STCV47160 (the "Removed Action"), any opposition regarding the same, for the reasons stated on the record and for good cause appearing, hereby orders that Plaintiffs' Motion is GRANTED.

Counsel for Plaintiff also reaffirmed that Plaintiffs would not be proceeding on any fraudulent transfer claims, including but not limited to the 6th Cause of Action in the First Amended Complaint, and that fraudulent transfer claims belong to the bankruptcy estate of Girardi Keese.

The Removed Action is hereby REMANDED to the Superior Court of the State of California, County of Los Angeles forthwith.

**IT IS SO ORDERED.**

###

Date: May 13, 2021

_____
Barry Russell
United States Bankruptcy Judge

1

ORDER GRANTING PLAINTIFFS' MOTON FOR REMAND

1  All parties hereby agree to the foregoing order.

2  Dated: May 12, 2021                    SMILEY WANG-EKVALL

3

4                                         /s Tim Evanston

5                                         _____

6                                         Tim Evanston
                                          Attorney for the Trustee

7

8  Dated: May 12, 2021                    SPERTUS, LANDES & UMHOFER LLP

9

10                                        /s Ezra Landes

11                                        _____

12                                        Ezra Landes
                                          Attorney for Plaintiffs

13

14 Dated: May 12, 2021                    ROBIE & MATTHAI

15

16                                        /s Kyle Kveton

17                                        _____

18                                        Kyle Kveton
                                          Attorney for Defendant David Lira

19

20

21

22

23

24

25

26

27

28

2

*ORDER GRANTING PLAINTIFFS' MOTON FOR REMAND*